SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
MICHAEL N. WESTHEIMER  Bar No. 178938
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
KAISER PERMANENTE FLEXIBLE BENEFITS
PLAN (incorrectly sued as Kaiser Permanente
Employee Benefit Plan); METROPOLITAN LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN P. CLIDORO,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE EMPLOYEE BENEFIT PLAN; METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendants. | CASE NO. C 05 3789 JCS<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>Judge:           Hon. Joseph C. Spero<br>Courtroom:  A, 15th Floor |

Pursuant to Northern District Local Rule 6-1(a), plaintiff Eden P. Clidoro and defendants Kaiser Permanente Flexible Benefits Plan (incorrectly sued as Kaiser Permanente Employee Benefit Plan) and Metropolitan Life Insurance Company, by and through their attorneys, hereby stipulate and agree to an extension of time for defendants to respond to the complaint, and that defendants' response will be filed on or before November 16, 2005.

///
///
///
///

SF/1293395v1

-1-
STIPULATION EXTENDING TIME FOR RESPONSIVE PLEADING

CASE NO. C 05 3789 JCS

1 | There have been no prior extensions of time.
2 | IT IS SO AGREED AND STIPULATED.
3 | DATED: October 17, 2005    LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway
Laurence F. Padway
Attorneys for Plaintiff, Eden P. Clidoro

DATED: October 18, 2005    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Rebecca A. Hull
Rebecca A. Hull
Michael N. Westheimer
Kaiser Permanente Flexible Benefits Plan
(incorrectly sued as Kaiser Permanente
Employee Benefit Plan); Metropolitan Life
Insurance Company

Dated: Oct. 19, 2005

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-                                    CASE NO. C 05 3789 JCS