1  Laurence F. Padway, SBN 89314
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone:  (510)814-6100
   Facsimile :  (510)814-0650
4

5  Attorneys for Plaintiff

6  Rebecca A. Hull, SBN 99802
   Michael N. Westheimer, SBN 178938
7  Sedgwick, Detert, Moran & Arnold LLP
   One Market Plaza
8  Steuart Tower, 8th Floor
   San Francisco, CA 94105
9  Telephone:(415) 781-7900
   Facsimile:: (415) 781-2635
10

   Attorneys for Defendants
11

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15 EDEN P. CLIDORO,                         No.  C 05-3789 PJH

16         Plaintiff,                       STIPULATION TO EXTEND
                                            DEADLINES FOR MOTIONS and
17    vs.                                   (~~PROPOSED~~) ORDER

18

19 KAISER PERMANENTE
   EMPLOYEE BENEFIT PLAN,
20
           Defendant.
21 _____/

22 METROPOLITAN LIFE
   INSURANCE COMPANY,
23
           Real Party in Interest.
24
   _____/
25

26         Plaintiff EDEN P. CLIDORO and Defendants KAISER FOUNDATION FLEXIBLE

27 BENEFITS PLAN and METROPOLITAN LIFE INSURANCE COMPANY, by and through the

28
   Stipulation to Extend Deadlines for
   Motions and (Proposed) Order                                    C 05-3789 PJH
                                   1

1  below-signed counsel hereby stipulate to the following:

3  Whereas, the court ordered motions for summary judgment and plaintiff's motion re
4  reconsideration of discovery to be filed on May 24, 2006, and

6  Whereas, the parties have located and exchanged additional plan documents which
7  may be relevant to the issues,

9  Now therefore the parties stipulate to the following:

11  1. That the motions for summary judgment and plaintiff's motion re reconsideration
12  of discovery ~~may~~ shall be filed on ~~May 31, 2006~~ June 28, 2006; and

14  2. The hearing on the motions will take place on ~~July 12, 2006 at 1:30 p.m.~~ August 9, 2006 at 9:00 a.m.

16  Dated: May 23, 2006

19  /s/_____
    Laurence F. Padway
    Attorney for plaintiff

21  /s/_____
    Michael Westheimer
22  Attorney for Defendants

24  IT IS SO ORDERED.

25  Dated: 5/24/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Extend Deadlines for
Motions and (Proposed) Order                                            C 05-3789 PJH